RECEIVED
9-3-2008
SEP 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Kelly P. Teninty
_____
(Name of the plaintiff or plaintiffs)

v.

Mr. Pete Green, Sec Army
Department Army
Chicago Military Entrance Process Stat
(Name of the defendant or defendants) (MEPS)

CIVIL ACTION

08CV5016
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Kelly P. Teninty of the county of Cook in the state of Illinois.

3. The defendant is Pete Green, Sec Army, Dep. Army Chicago MEPS, who resides at (street address)_____

(city)_____(county)_____(state)_____(ZIP)_____

(Defendant's telephone number) (___) - _____

4) The plaintiff sought employment or was employed by the defendant at

(street address) 1700 S. Wolf Rd

(city) Des Plaines (county) Cook (state) IL (ZIP code) 60018

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) June , (day) 30 , (year) 2007 .

7. (a) The plaintiff [check one box] ☒ has not filed a charge or charges against the defendant ☐ has
asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission on or about
(month)_____ (day)_____ (year)_____.

(ii) ☐ the Illinois Department of Human Rights on or about
(month)_____ (day)_____ (year)_____.

(b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☐ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a
Notice of Right to Sue.

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES   ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒   other (specify): Equal Pay Act 1963, Illinois Equal Pay Act 2003

13. The facts supporting the plaintiff's claim of discrimination are as follows:

After my employment began, 2 males were hired in June and July 2007. I found out that the males are started at higher salaries. My skills, education and experience for the specific position were Phlebotomy Certificate (Dec 2004) ASCP Licence (March 2005) + 2 years work experience at the beginning of my employment.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☐ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐   Direct the defendant to hire the plaintiff.
(b) ☐   Direct the defendant to re-employ the plaintiff.
(c) ☐   Direct the defendant to promote the plaintiff.
(d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.
(e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
(f) ☒   Direct the defendant to (specify): Adjust pay to reflect correct pay step in accordance with my background. Adjust SF50 to reflect new pay step. Allow back pay from

February 5, 2007 until November 26, 2007 including vacation, holiday, and overtime paid in this timeframe. Been Backpay for lump sum 54 hrs vacation pay distributed 12/8/07

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Kelly P. Teniute_

(Plaintiff's name) _Kelly P. Teniute_

(Plaintiff's street address) _8941 S. 87th Avenue_

(City) _Hickory Hills_ (State) _IL_ (ZIP) _60457_

(Plaintiff's telephone number) (708) - 598-4835