

**F I L E D**

SEP 0 3 2008

9-3-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kelly P. Teninty
(Please print)

STREET ADDRESS: 8941 S. 87th Avenue

CITY/STATE/ZIP: Hickory Hills, IL 60457

PHONE NUMBER: (708) 598-4835

CASE NUMBER: 08CV5016
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

_____
Signature

September 2, 2008
Date